ANTONIO GARCIA v. THE STATE.

No. 9192.  Delivered June 10, 1925.

**Theft—No Sentence—Dismissed.**

Unless the transcript contains a sentence, the jurisdiction of this court does not attach.  There being no sentence in this record, the cause must be dismissed.

Appeal from the District Court of Cameron County.  Tried below before the Hon. A. W. Cunningham, Judge.

Appeal from a conviction of theft; penalty, five years in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—From conviction in the Criminal District Court of Cameron County for theft, with punishment fixed at five years, this appeal is taken.

This court regrets the necessity for dismissal of this case, but we have no jurisdiction of appeals except when the accused has been sentenced.  No sentence appears in this transcript.  We have no option but to direct a dimissal of the appeal, which is ordered.

*Appeal dismissed.*